**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Jeremy Keith Barrientes,<br>Defendant. | No. CR-03-00898-001-PHX-JAT<br>**ORDER** |

Pending before the Court is Defendant's motion asking this Court to take "judicial notice" of a notice that Defendant prepared himself. (Doc. 63).

> Federal Rule of Evidence 401 governs judicial notice of adjudicative facts. Fed. R. Evid. 401(a). "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed.R.Evid. 401(b). … The party bringing the motion bears the burden of proving the matter is not reasonably disputable….

*Hayes v. Woodford*, 444 F. Supp. 2d 1127, 1132 (S.D. Cal. 2006), *aff'd,* 276 F. App'x 576 (9th Cir. 2008).

The Court will not take judicial notice of the notice Defendant prepared because it does not meet the foregoing criteria. Nonetheless, to the extent Defendant is advising the Court that he will be representing himself going forward, the Court understands that is Defendant's intent. Defendant is advised that this Court has no ability to allow him to represent himself in the state court proceeding referenced in the notice.

Accordingly,

**IT IS ORDERED** that the motion for judicial notice (Doc. 63) is denied.

Dated this 21st day of September, 2026.

James A. Teilborg
Senior United States District Judge